# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**ARTURO PADILLA CALDERON**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:11CR00371-001**

Jeremy S. Kroger
Defendant's Attorney

## THE DEFENDANT:

[✔]     admitted guilt to violation of charge(s) ONE  as alleged in the violation petition filed on March 28, 2012 .

[ ]     was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | USE OF A CONTROLLED SUBSTANCE | September 12, 2011 and September 17, 2011 |

The court:  [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on  May 24, 2006 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]     Charge(s)  2  is/are dismissed.

[ ]     Appeal Rights Given          [✔]     Appeal Rights Waived

[✔]     **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 16, 2012
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

April 20, 2012
Date

CASE NUMBER:     1:11CR00371-001                                        
DEFENDANT:     ARTURO PADILLA CALDERON

# SUPERVISED RELEASE

**Supervised Release continued under same conditions of supervision heretofore ordered on <u>May 24, 2006.</u>**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]        The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable.)

[✔]      The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.  (Check, if applicable.)

[✔]      The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

[ ]        The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  (Check, if applicable.)

[ ]        The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.    You will not leave the judicial district without permission of the Court or probation officer.
2.    You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3.    You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4.    You will successfully participate in cognitive/life skills training or similar programming as directed by the probation officer.
5.    You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
6.    You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
7.    You will notify the probation officer at least ten days prior to any change of residence or employment.
8.    You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
9.    You will submit to urinalysis or other forms of testing to determine illicit drug use as directed by the probation officer; if directed by the probation officer, you will successfully participate in a program of testing and treatment (to include inpatient) for substance abuse until released from the program by the probation officer.
10.   You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
11.   You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
12.   You will provide access to all personal and business financial information as requested by the probation officer; and you shall, if directed by the probation officer, not apply for or acquire any credit unless permitted in advance by the probation officer.
13.   You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
14.   You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
15.   As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
16.   You will not possess a firearm, destructive device, or other dangerous weapon.

CASE NUMBER:        1:11CR00371-001
DEFENDANT:          ARTURO PADILLA CALDERON

# ADDITIONAL CONDITIONS OF SUPERVISION

1.  The defendant shall abide by the *Special Search and Seizure Condition* enumerated in General Order Number 99-14, filed with the Clerk of the Court (Northern District of Oklahoma) on July 13, 1999.

2.  The defendant shall abide by the *Special Financial Conditions* enumerated in General Order Number 99-12, filed with the Clerk of the Court (Northern District of Oklahoma) on July 13, 1999.